IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 21-10965-A

GREGORY GAFFNEY,

        Petitioner - Appellant,

versus

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,
ATTORNEY GENERAL, STATE OF FLORIDA,

        Respondents - Appellees.

Appeals from the United States District Court
for the Middle District of Florida

ORDER:

Because reasonable jurists could debate the district court's denial of Gregory Gaffney's ninth claim of ineffective assistance of counsel, his motion to proceed *in forma pauperis* is GRANTED and his motion for a certificate of appealability is GRANTED only as to the following issue:

> Whether the state post-conviction court unreasonably found that Gaffney's counsel was not deficient, and Gaffney was not prejudiced, where counsel failed to introduce potentially exculpatory emails from a significant witness at trial.

_____
UNITED STATES CIRCUIT JUDGE