PROVIDED TO
SUMTER CORRECTIONAL INSTITUTION
DATE _____
OFFICER INITIALS _____

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Gregory Gaffney,
    *Petitioner,*

v.

Secretary, Dept. of Corrections and
Attorney General, State of Florida,
    *Respondents.*

Appeal Number -21-10965-D
District Court No.: 6:19-cv-01400-GKS-LRH

U.S. COURT OF APPEALS
RECEIVED
CLERK
AUG 19 2022
ATLANTA, GA

BRIEF OF PETITIONER

i



UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CERTIFICATE OF INTERESTED PERSONS

1)    Attorney General, state of Florida

2)    Trial counsel Mark van Haasteren

3)    Amanda Reisinger Raymond

4)    Krystal Reisinger

5)    Circuit Judge Orange County, Florida Renee Roche

## STATEMENT OF FACT
### (AND BACKGROUND INFORMATION)

To understand the facts here this Honorable court needs to know the participants:

1) Defense counsel mark Van Haasteren

2) Circuit Judge Renee Roche (Orange Co. Fla.).

3) Krystal Reisinger (alleged victim).

4) Amanda "Reisinger" Raymond (Mother of alleged victim and mother of Tyler Mullica) and sender of emails which are the issues in this appeal.

Also, this panel of Honorable Judges needs to be made aware that the petitioner is writing his own Brief concerning his issue.

This petitioner has no prior experience with doing any Federal motions and prays this honorable panel overlooks this and just concentrates on the validity of the information provided. Last, I am innocent of the crime I was convicted of.

1) By amended information this petitioner was charged with 2 countsof Lewd molestation.

2) On January 06, 2011 a jury of 6 persons were selected and this was convicted on both counts on January 08, 2011.

3) On April 11, 2011, this petitioner was sentenced to life on both counts to run concurrent.

4) This petitioner filed a 3.850 motion alleging 9 grounds. This Petitioner was granted 2 grounds for evidentiary hearing, but they were denied after hearing.

5) This petitioner appealed to the 5th DCA but was finally Per curiam

1

Affirmed on all grounds.

6)    This petitioner appealed to the middle District Federal Court (2254) and was denied on all grounds.

7)    This petitioner now appeals to the 11 the circuit which granted 1 ground for review

## BACKGROUND

The issues under review by this Honorable Court revolve around two emails sent to this petitioner by state witness and mother of alleged victim, Amanda "Reisinger" Raymond. Her email account was registered under Amanda Reisinger, which was her last married name. Her email account was registered as: irishcutieprincess@yahoo.com. This petitioner's email account was registered as: gmanontopofyou@yahoo.com.

Amanda "Reisinger" Raymond's Date of Birth is: 10-03-1979. Instead of writing Amanda "Reisinger" Raymond's full name throughout this brief I will simply refer to her as "Amanda."

It is vital for this Court to know what kind of relationship I was in with her prior and at the time of my arrest. It will make the emails easy to understand..., actually become crystal clear.

On May 14, 2009, this Petitioner ended an intimate relationship with a woman by the name of Stacey Chambless. On May 15, 2009, I went by a good friend of mine's house. His name is David Owens'. At this time Amanda and her six children were living there at David's home. I had known Amanda for about one

2

year. I met Amanda through her ex-husband "Keith Reisinger." We worked together at Ranger Construction in Winter Garden Florida. Amanda had moved into David Owens' home in Winter Garden in March of 2009. I lived in the next town over (Ocoee, Florida), which is about 15 minutes away.

Amanda told me that when and if I ever broke up with Stacey, to look her up and we could go out on a date. So this is how I started dating Amanda. For the first month of dating Amanda, I never saw her children at David's home. I found out they were at their respective Dad's finishing out their school year. Amanda has six children with three different fathers.

On or around June 15, 2009, Amanda's children moved to David Owens' home. All six children lived in the same room at David's home with "one" bed; two five year old twins, two seven year old twins, eleven year old Tyler Mullica and thirteen year old Joey.

In the first few week of dating, we would also do errands and other outings. The children were normally with us.

Now, if these children of Amanda's got out of line or did something wrong, Amanda would go into hysteric and yell and curse at them. Even at the younger ones, Amanda had no patience with them whatsoever. I could tell that these children were afraid when Amanda would act hysterical. These children would plead for their mother to calm down. Amanda would reply: "You kids are going to drive me crazy."

I also observed on several occasions Amanda slap her children with an open hand on their legs and arms. I felt sorry for these children.

On or around the end of June 2009, Amanda started calling realtors and looking for homes to rent. She expressed to me that she needed a place of her own and she also wanted me to move in with her. I told her I couldn't afford to move out of living with my brother Todd Gaffney (we lived in Ocoee, Florida, 15 minutes away from David Owens' home where Amanda and her children live). I was drawing un-employment and after I got a job I would consider it. It was about this time Amanda started telling me that she loved me.

On July 2, 2009, Amanda came by my home in Ocoee. She had Krystal Reisinger (the alleged victim in my case) and Autumn, her twin sister with her. She told me she and the twins had just had lunch with her ex-husband Keith. Amanda instructs these twins to tell David Owens (They call him Uncle Dave) that they had been at their grandmothers visiting. Not out with their Dad at lunch (David Owens can't stand Keith Reisinger). She has the twins repeat the lie as if it were reality. We went to David Owens' home and the twins repeated the lie to David as instructed by their mother.

On July 4, 2009, I received a call from a good friend of mine, Barbara Wheeler. She says to me on the call:

**Barbara:**      "Greg, who is Amanda?"

**Defendant:**   "She's a woman I've been dating in Winter Garden. Why do you ask?"

**Barbara:**      "I called your cell yesterday and this Amanda answers

4

and tells me you and her are dating and are thinking of getting married and for me to quit calling."

**Defendant:**    "Barbara, I'm not getting married and ignore what Amanda said."

I ended the call and told Barbara I would call her right back. I confronted Amanda and she apologized. She was showing a jealous and possessive behavior that I can't stand. Amanda said it wouldn't happen again.

On July 6, 2009, I was with Amanda at her parent's home is Leesburg, Florida, visiting her mother. I asked Amanda where her Father was? She replied angrily: "I don't come here when that S.O.B. is here. He molested me when I was a little girl. After Amanda told me this, she made a weird statement: "One day someone was going to pay for what my Dad did to me."

On July 9, 2009, while visiting Amanda at David Owens' home, I observed the seven year old twins Krystal (alleged victim) and Autumn taking a bath with their 11 year old half-brother Tyler (State's witness against me). When Tyler get out of the bathtub he has an erection. Amanda just laughs and tells him to go put some clothes on. I expressed my concern about how it was inappropriate for Tyler to be taking a bath with his younger half-sisters and him being sexually aroused by it. Amanda gets snippy with me and advises me to let her decide what appropriate or inappropriate with her children.

July 18, 2009, Amanda calls me and invites me to lunch at Chili's and that she was buying. I met her at David Owens' home and all the kids were at their

5

respective father's homes for the weekend and David Owens is at work. We walk into her bedroom and I get my first of three shocks about Amanda that day.

Amanda is using her printer off of her computer and tearing real 5 dollar bills and printing imprints of a 50 dollar bill on the fives and making 50 dollar counterfeit bills. (Amanda was previously convicted of counterfeiting around the same time I went to trial in January of 2011). Then comes the second shock, she retrieves a clear baggie with a white powder substance from her jewelry box and snorts a small line.

Amanda tells me that it's methamphetamine and it's what jeep her going, dealing with her six children. I think to myself: "no wonder she's so pumped up and easily angered by her children. She's on speed all the time. "A raging mother." I remember specifically asking her when we first started dating did she use and drugs and she told me "No." Just one of many lies she would tell me.

We arrive at Chili's at noon and by 1:00 pm Amanda had consumed 3 huge margaritas. The third shock came when Amanda said to me:

> "Greg, let me tell you how I got even with my past two unfaithful husbands. I had both of them arrested for domestic violence and they never laid a hand on me."

Amanda states that she is anemic and bruises easily. She states she can squeeze her arm and a nasty bruise will appear in 20 minutes. She demonstrates right there in Chili's and sure enough about 20 minutes later a nasty handprint bruise appeared.

6

Amanda goes on to explain in intricate detail how one day during her marriage to Keith Reisinger, she had confronted him on the subject of being unfaithful to her. Over the next 24 hours, Amanda bruises herself on both arms and convinces 2 of her children (Tyler Mullica and Krystal Reisinger) that their Dad a (and stepdad) had hit her while they were arguing and also coerced them to tell the police they saw him grab her.

Keith Reisinger was arrested for domestic violence and the children said they had witnessed Keith abusing Amanda, when they witnessed nothing at all. Still, Keith was arrested and no-crime ever occurred. "A real familiar pattern." Then Amanda said to me: You must think I'm a real evil parent Greg to force my children to lie about Keith hitting me. It's the only way I could get him back for cheating on me." I didn't know how to respond.

For the next week I avoided Amanda but on July 26, 2009, she phones me and asks me to watch the children while she goes to the hospital. I tell her ok. I arrive at Amanda's. She advises me that three of her children are home and the other three are at their Dad's. She tells me the children are still asleep (It's 7:30 am). Amanda and I look in on the children before she leaves. When we open the kid's bedroom door, Tyler Mullica is naked on the floor with his naked half-sister Krystal Reisinger in a spooning position attempting to put his penis in Krystal's vagina. Krystal seems oblivious to what's happening and appears to be asleep. Amanda screams at her son "What the fuck are you doing to my baby girl?" Tyler

says: "I was only doing what I saw on your computer." (Amanda has many porn videos on her laptop.)

Amanda tells Tyler to go put some clothes on and tells him not to do it again. Then Amanda tells me that I better not tell anyone about this, that Tyler has been accused about this before, and if children and family services found out about this that they would take her children away from her.

Amanda goes to the hospital. Later that morning their dog urinates on the kid's bed. Tyler Mullica strips the bed and washes the sheets. About 9:30 am a friend of mine (Marie Russell) asks me if I could come to her home and grill some steaks she had bought. I told her yes and that I would call her when I was on the way.

Amanda returned from the hospital around 12:30 pm. I inform her about the dog. I tell Amanda I needed to get back home and she asks me "what's the rush?" At the same instance my Nextel Two-Way goes off and it's Marie Russell. If you're not familiar with Nextel Two-Way cell phones it has an option that works like a walkie-talkie, yet instead of being limited to the 1 mile radius of radios these can reach across the Nation as long as there are cell towers. And, like a walkie-talkie, it has an external speaker. So Marie Russell's voice came through the Nextel speaker loud and clear saying:

**Marie:**       "Honey, are you on your way yet? The steaks are ready for the grill."

**Defendant:**  "I'll call you back." (to Marie)

**Amanda:**    "What whore of yours is that? Don't think you're going to be

8

running around like this when we move in together!!"

**Defendant:** "I have no intentions of moving anywhere with you, as a matter of fact, I don't wanna see you anymore."

I walk out of the home and proceed to my Bronco and leave. Amanda is calling me every filthy name she can think of as I'm backing out the driveway, the last thing I hear her say and I quote, "I'm going to get you for leaving me if it's the last thing I do Greg Gaffney."

July 26, 2009 to August 9, 2009, I was bombarded with obscene phone calls from Amanda, estimated 20 to 30 calls a day. After the first day, I let the majority go to voice mail. Some calls would say, "I hate you, I wish you were dead! I'm gonna get you for leaving me mothef****r!" Other messages would say, "I love you and I'm sorry. Please call me and lets work things out." Then, on August 9, 2009, she calls my phone and I answer. I tell her if she doesn't quit harassing me that I'm going to call Children and Family Services and tell them about Tyler Mullica basically raping his half-sister Krystal Reisinger and then call the Sherriff's Department and advise them of the crimes she's committing. Amanda tells me:

> "Greg, you just made the biggest mistake in your life by threatening me and my children!!" (She then hung up.)

Note to this Court: This is the first email that this Honorable Court will review, since this is still under the "background category" I will not produce the documents to show this Court that they (the two emails) were brought into evidence. When I get into the argument part I will produce these documents.

9

August 16, 2009, I received an email from Amanda, (irishcutieprincess@yahoo.com), my email (gmanontopofyou@yahoo.com). The email from Amanda reads as follows:

> "I want to give you heads up that Crystal has been touched in her pants and there's an investigation going on. I know you haven't been here but one day in three weeks, but we had to give the Detective your name. What I hope and pray is that it's not Tyler."

I know something fishy is going on so I call Amanda and ask her what's this email about? She tells me she can't talk right now, to call her back early in the morning after David Owens goes to work. Then she hung up. I read the email again and I noticed something strange. Amanda spelled her daughter's name wrong. I know for a fact that Krystal's name is spelled with a "K" because I've seen it in her school work. No mother spells her own child's name wrong. I know something's up but I couldn't fathom what.

August 17, 2009, Amanda calls me around 7am and asks me to take her to Enterprise Rent-A-Car to rent a vehicle because she had backed her car into a tree. She goes on to tell me that she has to take Krystal to a "forensic interview" by something called a "Child Protection Team." Amanda tells me this involves someone possibly sexually assaulting Krystal. I tell Amanda I'll be over in 30 minutes. I arrive at David Owens' residence and Amanda wants some extracurricular activities, SEX!!!

Around 8:30 am there's a knock on the bedroom door. It's Krystal and her twin Autumn and they're hungry. Amanda asks me to get them dressed and to make them some breakfast while she calls her insurance company about the rental

car. Amanda tells me to feed the girls in their room. (Note: this is not the actions of a mother who thinks that I molested her daughter.)

I feed and dress the girls, retrieve the dishes and wash them. I had just purchased a new car stereo the day before and proceeded to go outside and start installing it while waiting on Amanda. I tell Amanda my plans and Krystal and Autumn overhear my plans and ask me if they can come outside with me. I say ask your mother. Amanda consents and the girls accompany me outside to my Bronco.

Note to this Court: In both Krystal and Autumn's CPT interviews, they stated that Amanda allowed them to accompany me outside while she stayed inside. When Amanda was on the stand at trial, she was asked:

> Ms. Raymond, did you allow Mr. Gaffney on 8-17-2009 to be unsupervised with your children?

**Amanda:**  "No, as soon as I seen Mr. Gaffney outside with my children, I ran him off."(T.T. Trial Transcripts)

This was just one of many lies (perjury) she said while on the stand.

Now, I was installing my stereo and the twins were inside my Bronco with jabbering like any seven year old would. Then Krystal looked at me and said:

**Krystal:**  "Uncle Greg, Mommy said you touched me on my private while I was asleep."

I was shocked to hear this child say this. I reply back to her:

**Defendant:**  "Honey, what do you think?"

**Krystal:**  "How am I supposed to know silly, I was asleep."

**Defendant:**  "No honey, Uncle Greg would never do anything like that to you."

About an hour later Amanda comes out of the house and tells the girls to go back inside the house while her and Uncle Greg go get a rental car, that Big Zak would watch them. Krystal looks at Amanda and says:

**Krystal:**       "Mommy, Uncle Greg said he never touched me when I was asleep."

**Amanda:**       "I already know that baby."

Now Amanda and I are on the way to Enterprise and I ask her why she would tell Krystal I touched her privates!! Amanda tells me that Krystal misunderstood her, that she was simply asking if I had ever touched her while she was in her bed.

**Amanda:**       "Greg I was instructed by the detective (Chris Dillion) investigating to ask Krystal this question. Not only your name but all the males that frequent the house, that includes David Owens and his son Zac and Zac's two friends Caleb and Kazzi."

"Greg until yesterday I thought Tyler had again molested his sister, but Krystal was examined at the hospital a week ago and her tests came back yesterday and she had contracted a sexually transmitted disease. So here's the deal. Detective Dillion will schedule a test at the hospital for any male who frequented the house in the last month. The test will either link the person to the crime or exonerate him. Dave and Zac have already taken the test. So there's you and Zac's two friends."

I will see Detective Dillon this afternoon and I will let him know that you want to schedule a test

**Defendant:**    "OK, fine. I've never had an STD in my life."

**Amanda:**       "Krystal is going to something called a forensic interview. The interviewer will try to jig her memory to who the perpetrator is."

We rent her car at Enterprise and return to David Owens' home around noon.

Amanda gets her daughters, Krystal, Autumn, and Brittany, places them in the rental truck to go to the forensic interview. Krystal kisses me goodbye and I tell her to tell the truth to whoever asks her questions. Krystal assures me she will. I tell Amanda to have this Detective Dillon to call me. I don't see or hear from Amanda anymore that day.

August 18, 2009. About 2:00pm I call this Detective Dillon. I tell him who I am and that Amanda told me to call him where he could arrange for me to take some kind of test that would clear me of any association to the molestation of Krystal Reisinger. He tells me that Amanda doesn't know shit. That he doesn't discuss cases over the phone, to come to the office on John Young Parkway to talk to him. He tells me to come on a weekday and then he hangs up on me. I think to myself, how rude of this guy.

I go back to see Amanda at David Owens' home. Amanda starts yelling at me:

| | |
|---|---|
| **Amanda:** | "Why did you tell Detective Dillon I told you about the investigation?" |
| **Defendant:** | "Because you told me that you told him to call me yesterday. You did tell him to call me didn't you?" |
| **Amanda:** | "Greg all this could have been prevented." |
| **Defendant:** | "All what could have been prevented?" |
| **Amanda:** | "Never mind Greg. Just go home." |

(She meant things were out of her hands. All her lies against me were in motion and out of control. I just didn't know it yet.) I leave and go home.

13

Around midnight I'm checking my emails at home and I see that Amanda has sent me an email, the second email in 3 days. It's time stamped August 18, 2009, 11:49pm. It says:

> Even though the baby girl said you didn't touch her and she didn't know who it is, you shouldn't have ever mentioned I talked to you. Detective Dillon would really freak (sic) if he knew the twins (Krystal and Autumn) stay clinged (sic) to you the whole time your around. They really love you Greg and you can tell they trust you completely and adore you, but don't think for a minute that I wouldn't lie on you to protect my children, always keep that in mind.

End of Email

Note to Court: Remember "Baby Girl" in this email is Krystal Reisinger. It's her nickname. At the end of the email Amanda tells me she will lie on me to protect her children. I call Amanda after I read this email. She reminds me that if I tell Detective Dillon about Tyler, she and her children will say that I molested Krystal. Then she hangs up on me.

August 31, 2009 – I voluntarily go see Detective Dillon to clear my name. I arrived at the Sheriff's Office and was taken to an interview room. Then all Amanda's lies were brought to light.

1)    There were no other suspects.

2)    Krystal Reisinger never had an STD.

I was there to be harassed by two detectives which tried in vain to get me to confess to a crime I did not commit. When I asked for an attorney, I was arrested.

14

Amanda Reisinger Raymond had laid out this premeditated scheme to have me arrested, and she did it. I didn't see her or her children again until January 12, 2011, at my trial.

## Issues for This Court's Review

Trial counsel was ineffective for failing to impeach witness Amanda "Reisinger" Raymond with emails she sent to Petitioner and for failing to present the emails to the jury.

The state court and the Middle District's denial was clearly contrary to established federal law.

Note: The section before the "issues for this court's review" is the <u>background</u> and needs to be understood for this court to make a proper and just ruling. It will show where Petitioner was in his life and the mental instability of the woman who orchestrated this whole crime to be lodged against him and ultimately convicted.

* Please Read Background Carefully *

## ARGUMENT

These emails were from state witness Amanda Reisinger Raymond the alleged victim's mother. Trial counsel knew of these emails and had possession of these emails at trial and the failure to have used them denied Petitioner a fair trial and such act was severely prejudiced to wit:

1)    Amanda Raymond's knowledge of Petitioner's innocence because the Baby Girl (Krystal Reisinger) told her mother that Petitioner did not molest her.

15

2)    That if Petitioner ever told anyone about Tyler Mullica (alleged victim's half-brother) molesting Krystal Reisinger that she would lie on Petitioner to protect her children, or in Petitioner case "Coach" these children to accuse Petitioner of this heinous crime.

3)    Trial counsel had these emails in his possession at trial but did not expose them to the jury.  Trial counsel gave no reason to Petitioner for this action. These emails were vital for Petitioner's defense because they would have created reasonable doubt in the State's theory of prosecution and tested the adversarial process.

Now this Petitioner was arrested on August 31, 2009 and at first appearance no bond was set and Petitioner was appointed the public defender's office.

My public defender's name was Winston Hobson I advised Winston Hobson of the emails in my email account and he had his investigator collect these emails from my account.  See attached:  Exhibit A - Investigative Memorandum of Collection of emails Dated: October 26, 2009.

He collected a total of 50 emails but only two belonged to Amanda Raymond (Reisinger).

1st email dated August 16, 2009,: Exhibit B – Emails from Amanda Reisinger:

From:  Amanda Reisinger (irishcutieprincess@yahoo.com)

To:  gmanontopofyou@yahoo.com

Date:  Sun, August 16, 2009 8:07:48 AM

Subject:

I just want to give you heads up that Crystal has been touched in her pants and there is an investigation going on.  I know you haven't been here but one

16

day in three weeks, but we had to give the detectives your name. What I hope and pray is that it's not Tyler.

2nd email dated August 18, 2009:    Exhibit C – Emails from Amanda Reisinger.

From:  Amanda Reisinger (irishcutieprincess@yahoo.com)

To:  gmanontopofyou@yahoo.com

Date:  Tue, August 18, 2009 11:49:33 PM

Subject:

Even though the Baby Girl said you didn't touch her and she didn't know who it is, you shouldn't have ever mentioned I talked to you. Detective Dillon would really freak if he knew that the twins stay clinged to you the whole time your around. They really love you Greg, and you can tell that they trust you completely and adore you, but don't think for a minute I wouldn't lie on you to keep my children. Always keep that in mind.

Lastly, Defendants Discovery Exhibit: Exhibit D Dated October 21, 2009.

This shows that public defender Winston Hobson only entered one of the two emails he retrieved from my email address, with Amanda Reisinger's name.

This Petitioner was also having a language barrier issue with P.D. Hobson, so sometime in November of 2009 circuit judge Bob Wattles appointed the Office of the Conflict Counsel to represent me because of the language barrier issue. My attorney appointment was:  "Mark Van Haasteren" This was my attorney who represented this Petitioner at trial. If that's what you want to call it.

Trial counsel Mark Van Haasteren over the next 14 months spent a total of 15 minutes with this Petitioner; three 5 minute sessions. The first 5 minute encounter I told him the fast version of what transpired with Amanda and her children. The next 2 five minute session were as follows: Attorney Van Haasteren

17

says: Mr. Gaffney in my opinion of what you told me I don't think know one is going to show up to testify against you. So calm down. I got everything under control......XX – This was his entire strategy XX – NO-ONE IS GOING TO SHOW UP.

Unfortunately, that did not happen.

Note to this Honorable Court: from here on this Petitioner will be noting "trial transcript pages" to identify testimony of State witnesses. It will simply say: T.T. followed by the page and identify the witness.

On January 12, 2011 this Petitioner's trial started. On that day the prosecution set a television and DVD player in front of the jury and jury box and played the child protection interview of Krystal Reisinger conducted on August 17, 2009.

This Petitioner will point out certain things that this court will need to know when analyzing the issues of the importance of the emails in question.

There was never any physical evidence presented against Petitioner, all said was he said she said at best.

(Child Protection Interview)

C.P.T. Krystal Reisinger.

Denise Fredrichs Interviewer.

1.    T.T. Page 308, Lines 9, 10, 11 and 12-Identify Krystal Reisinger, D.O.B. 5/11/2002.

2.      T.T. Pages 312-313- Denise determines that Krystal knows the difference between the truth and a lie, and gets Krystal to promise to the truth I the interview.

3.      T.T. Pages 320, Lines 11 and 12. T.T. Page 321, Lines 8, 9 and 10. T.T. Page 225 Lines 17,18,19, 20, 21, 22 and 23. T.T.  326, Lines 2,3,4 and 5.

Now, in all these pages are where Krystal is asked if this Petitioner is the one who touched her. Krystal states in all these that she doesn't know who touched her and she never saw who did it.

4.      T.T. Page 328, Lines 18 and 19. Krystal is asked by Denise: "And so Krystal, has everything you told me true or not? Krystal answered: True.

This is nearly 17 months before trial. This is where Krystal told the truth, out of the presence of her mother Amanda.

Now we're are back to Krystal Reisinger is under direct examination a cross-examination.

Note to this Honorable Court: Amanda Reisinger Raymond is in the courtroom in the first row. She has strategically placed herself directly in front of the witness stand where she can influence Krystal responses while on the witness stand. Now Krystal is in her mother's presence and has completely differently answers.

Krystal Reisinger's testimony is on T.T. Pages 46 and 86. Direct and cross-examination.

19

Krystal states several times that she now remembers this Petitioners face and he was the one who touched her.

Note to this Honorable Court: before Krystal answers "any" question pertaining to Greg touching her, she looks at her mother first every time before she says she remembers Petitioners face.

Full control of Krystal in the courtroom Amanda in control of the children even in my trial.

Now I like to call this testimony a ray of sunshine because it shows Krystal's rebellious streak.

T.T. Pages 73 and 74.

T.T. 73, Line 25, 74 Lines 1 thru 11.

Krystal is asked by the prosecutor to look and sees if Petitioner is in the courtroom.

Krystal says: she does not see Greg in courtroom.

(I know for sure that Krystal recognized me, when she is asked if she sees me, her eyes look on to mine and she looks sad at me and looks around the courtroom before saying no she doesn't see me).

Now T.T. Page 80 Lines 22 thru 25 and T.T. Page 1 Lines 1 thru 12 cross-examination. Krystal is asked why she lied to the (CPT) Interviewer Denise Fredrichs.

Krystal states: she only lied because she was scared to tell the truth.

Why were you scared: I really don't know I was just scared.

20

Note to Honorable Court: During Krystal Reisinger's testimony and after her testimony I complained to my Attorney Mark Van Haasteren that I thought Amanda Reisinger Raymond shouldn't be allowed in the courtroom because she coercing Krystal's answer. Wouldn't this be some sort of witness tampering I complained?

Attorney Van Haasteren tells me she's allowed to be in courtroom.

Now T.T. Page 181 and 182. T.T. 182, Lines 1 thru 23.

Trial counsel Van Haasteren in the above T.T is requesting that Amanda Reisinger not be allowed in the courtroom, but he doesn't tell the court that she's coaching her children from the courtroom. He's telling the judge we might call her to testify. He's not being upfront and truthful. He did this to cover all behind somehow. The court needed to hear what she did while the alleged victim (Krystal Reisinger) was testifying. He failed to do so.

Amanda testifies under cross-examination to the existence of her email address.

T.T. Page 152, Lines 8-11.

8. Q- Do you have an email address?

9. A- Yes I do.

10. Q- Would you share that with us?

11. A- irishcutieprinces@yohoo.com

End transcript

Now trial counsel Van Haasteren had both emails in his hand and didn't ask her about them or show them to the jury. I asked him why? He told me that it

21

wasn't the right time that he would have me testify to them and at that time he would show them to the jury. All lies.

He didn't allow me to testify, even though he made it sound like it was my idea. Still the fact remains that these emails, had they been shown to the jury would have created reasonable doubt and I would have been found innocent 13 years ago. It was trial counsel's responsibility to have these emails certified by yahoo. By not doing so denied my right to due process. Amanda Reisinger Raymond coached Krystal Reisinger to testify to the lies that put me in prison on a life sentence.

Under the dictated of *Strickland v. Washington*, 466 U.S. 668, 104 S. Ct. 2052, 80 L. Ed. 2d 674 (1984) a petitioner is entitled to effective assistance of counsel which conforms with community standards in *Strickland*, the United States Supreme Court promulgated a two prong test outlining the standard for judging ineffective assistance of counsel claims. Specially, counsel is ineffective when: (1) his representation falls below an objective standard of reasonableness, and (2) but for the deficiency in representation, there is a reasonable probability that the results of the proceeding would have been different.

In this Petitioner's trial the evidence is only he said, she said, the jury only needed the emails to come back with a not guilty verdict. In this case *Strickland v. Washington* has been satisfied. Counsel also violated the 6th and 14th Amendment and this ~~counsel~~ petitioner's right to due process. I'm pretty sure that this Honorable Court is

tired from reading this. Well an innocent man has been in prison for 13 years, waiting to be heard. Thank you for this opportunity.

Therefore, Petitioner asks that the Court grant the following relief: An order vacating the State of Florida's judgment and sentence; an order finding ineffective assistance of trial counsel, or any other relief to which Petitioner may be entitled.

*Pro se* Petitioner

Under the penalty of perjury I declare that the foregoing is true and correct. Executed this 15TH day of August 2022.

Respectfully submitted,

Gregory Gaffney, Petitioner pro se

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing brief has been mail from Sumter C.I. Main Unit by U.S. Mail to the addresses listed below on this 15th day of August 2022.

Office of the Attorney General,
444 Seabreeze Blvd. 5th Floor,
Daytona Beach, Florida 32118

Florida Sec. Dept. of Corrections
500 Calhoun Street
Tallahassee, Florida

Gregory Gaffney
DC #358586
Sumter C.I. Main Unit
9544 County Road 476 B
Bushnell, FL. 33513-0667

23

# **EXHIBITS**

EXHIBIT

A)   Investigative Memorandum of Collection of Emails. Dated: 11-26-2009.

EXHIBIT

B)   1st Email Dated August 16, 2009:  From Amanda Reisinger.

EXHIBIT

C)   2nd Email Dated August 18, 2009:  From Amanda Reisinger.

EXHIBIT

D)   Defendant's Discovery Exhibit:  Dated:  October 21, 2009.

## Investigative Memorandum

**TO: Winston Hobson**

**FROM: Manuel Soto-Diaz**

**RE: Gaffney, Gregory/CF09-12804-A-OR**

**DATE: 10/26/2009**

You will find accompanying this memo the emails you needed in this case.

**From:** Amanda Reisinger (irishcutieprincess@yahoo.com)
**To:** gmanontopofyou@yahoo.com
**Date:** Sun, August 16, 2009 8:07:48 AM
**Subject:**

I JUST WANT TO GIVE YOU HEADS UP THAT CRYSTAL HAS BEEN TOUCHED IN HER PANTS AND THERE IS AN INVESTIGATION GOING ON. IKNOW YOU HAVENT BEEN HERE BUT ONE DAY IN THREE WEEKS,BUT WE HAD TO GIVE THE DETECTIVES YOUR NAME. WHAT I HOPE AND PRAY IS THAT ITS NOT TYLER.

USCA11 Case: 21-10965     Document: 29     Date Filed: 08/19/2022     Page: 29 of 30

**From:** Amanda Reisinger (irishcutieprincess@yahoo.com)
**To:** gmanontopofyou@yahoo.com
**Date:** Tue, August 18, 2009 11:49:33 PM
**Subject:**

EVEN THOUGH THE BABY GIRL SAID YOU DIDNT TOUCH HER AND SHE DIDNT KNOW WHO IT IS, YOU SHOULDN'T HAVE EVER MENTIONED I TALKED TO YOU. DETECTIVE DILLAN WOULD REALLY FREAK IF HE KNEW THAT THE TWINS STAY CLINGED TO YOU THE WHLOE TIME YOUR AROUND. THEY REALLY LOVE YOU GREG, AND YOU CAN TELL THAT THEY TRUST YOU COMPLETELY AND ADORE YOU, BUT DONT THINK FOR A MINUTE I WOULDNT LIE ON YOU TO KEEP MY CHILDREN. ALWAYS KEEP THAT IN MIND.

**IN THE CIRCUIT COURT, NINTH JUDICIAL**
**CIRCUIT, CRIMINAL JUSTICE DIVISION,**
**IN AND FOR ORANGE COUNTY, FLORIDA**

**STATE OF FLORIDA,**
      **Plaintiff,**

**vs.**

**GREGORY GAFFNEY,**
      **Defendant**

_____/

**CASE NO. 09-CF-012804-A-OR**
**DIVISION 11**

### DEFENDANT'S DISCOVERY EXHIBIT

    **COMES NOW** the Accused, Gregory Gaffney, pursuant to Fla. R. Crim. P. 3.220(d)(B), and discloses the existence of the following information and material within the Accused's possession or control, which the State Attorney will be permitted to inspect, copy, test or photograph at a mutually convenient time arranged after contacting the undersigned Assistant Public Defender.

(i) Statement of person listed in subdivision (d)(1)(A), other than that of the defendant; email from Amanda Reisinger (irishcutieprincess@yahoo.com) to Gregory Gaffney (gmanontopofyou@yahoo.com), dated August 18th 2009, 11:49:33 P.M.

(iii) Tangible papers or objects that the defendant intends to use in the hearing or trial. See above.

### CERTIFICATE OF SERVICE

    **I CERTIFY** that a copy hereof has been furnished to the Office of the State Attorney, 415 North Orange Ave., Orlando, FL 32802, by mail/hand/interoffice delivery on the 20th day of October, 2009.

                    ROBERT WESLEY
                    PUBLIC DEFENDER

By:

                    Winston Hobson
                    Florida Bar No. 0512222
                    Assistant Public Defender
                    435 North Orange Avenue, Suite 400
                    Orlando, Florida 32801
                    (407) 836-4741