# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 21-10965

_____

GREGORY GAFFNEY,

                                                        Petitioner-Appellant,

*versus*

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,
ATTORNEY GENERAL, STATE OF FLORIDA,

                                                        Respondents-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:19-cv-01400-GKS-LRH

_____

ORDER:

On the Court's own motion, the Court directs counsel to be appointed to represent the appellant in this appeal. Counsel will be appointed by separate order.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION